

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Alexander Levin*
*Assistant United States Attorney*
*Alexander.Levin@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4948*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

August 18, 2025

The Honorable Brendan A. Hurson
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland, 21201

  Re: *United States v. Qihai Tao, et al.*
    Crim. No. BAH-24-289

Dear Judge Hurson:

  The government submits this letter as a status report to the Court regarding the above-captioned matter.

  On October 9, 2024, the following individuals were charged in a 17-defendant, four-count Superseding Indictment: Qihai Tao (1) count(s) 1s, 2s, Michael Micklos, Jr. (2) count(s) 1s, 2s, Can Xu (3) count(s) 1s, 2s, Praveen Morgan (4) count(s) 1s, 2s, Michael Tilmon, III (5) count(s) 1s, 2s, 3s, Emanuel Dukes (6) count(s) 1s, 2s, Steven Mack (7) count(s) 1s, 2s, 4s, William Brown, III (8) count(s) 1s, 2s, Malik Bridgers (9) count(s) 1s, 2s, David Hilliard, III (10) count(s) 1s, 2s, Derian Green (11) count(s) 1s, 2s, Huayi Zhong (12) count(s) 1s, 2s, Zebin Liu (13) count(s) 1s, 2s, Chunbing Qin (14) count(s) 1s, 2s, Peng Huang (15) count(s) 1s, 2s, Isaac Huynh (16) count(s) 1s, Li Chen (17) count(s) 1s, 2s.  ECF No. 112.

  Count One of the Superseding Indictment charges the offense of money laundering conspiracy in violation of Title 18, U.S.C. § 1956(h); Count Two charges the offense of conspiracy to distribute marijuana in violation of Title 21, U.S.C. § 846; and Counts Three and Four charge the offense of possession of a firearm by a prohibited person in violation of Title 18, U.S.C. § 922(g).

  As of the date of this court report, the following individuals have had their initial appearance and are represented by counsel, indicated below:

| | |
|---|---|
| **QIHAI TAO** | Todd Henry |
| **MICHAEL MICKLOS** | Warren Brown |
| **CAN XU** | Teresa Whalen |
| **PRAVEEN MORGAN** | Justin Brown |
| **MICHAEL TILMON, III** | Julie Reamy |
| **EMANUEL DUKES** | Granville Templeton, III |

| | |
|---|---|
| **STEVEN MACK** | Tony Garcia |
| **MALIK BRIDGERS** | James Gitomer |
| **DERIAN GREEN** | Marshall Henslee |
| **HUAYI ZHONG** | Elizabeth Lopez |
| **ZEBIN LIU** | Ryan Burke |
| **CHUNBING QIN** | Gary Proctor |
| **ISAAC HUYNH** | Tyler Mann |
| **DAVID HILLIARD** | Chris Nieto |
| **WILLIAM BROWN** | Gerald Ruter |
| **LI CHEN** | Joel Cohen |

Defendant Peng Huang is presently at large and pending arrest on the Superseding Indictment. Defendant Huayi Zhong pled guilty to a Superseding Information charging one count of concealment money laundering and was sentenced on August 1, 2025. Pretrial resolution discussions with several other defendants are ongoing.

The evidence in this case is voluminous and includes over eight months of Title III wiretap intercepts, a significant portion of those having been conducted in foreign languages, including Mandarin and Cantonese, as well as dialects of Fujianese. In addition to the wiretap evidence, there are hundreds of law enforcement reports detailing months of exhaustive surveillance and other investigative techniques, including countless warrant applications with accompanying affidavits. Additionally, there are hundreds of hours of surveillance footage, including fixed pole camera footage at multiple locations, that will need to be tendered and reviewed during the discovery process. The government is in ongoing discussion with defense counsel who wish to review pole camera footage as to the best means for viewing and/or transmitting the relevant files.

The government provided an initial round of discovery on October 31, 2024, to several, but not all, counsel.[1] A second round of discovery was provided to defense counsel on February 19, 2025. A third round of discovery contained on 2TB portable drives has been produced to counsel on a rolling basis since April 2025, and as of the date of this report, the government has received, loaded, and returned hard drives to all remaining counsel. A fourth round of discovery was tendered to all counsel on June 12, 2025.

The discovery tendered to date constitutes the overall majority of the discovery in this case. The government has now performed a discovery inventory to ensure it has captured and disclosed all evidence in its possession that should be furnished pursuant to Rule 16 of the Fed. R. Crim. Proc., as well as *Brady*, and its progeny. Through that inventory, the government has identified one outstanding item for discovery: data that was only recently able to be downloaded from seized phones. The government intends to produce that data to defense counsel once the phones have been fully imaged.

---

[1] Those defendants who had their initial appearance and had appointed or retained counsel by this date were provided initial discovery. Those defendants arrested after October 31, 2024, were timely provided discovery once their counsel had been established.

Therefore, due to the complexity of this case and the extreme amount of discovery involved, and in order to allow the parties further time to review the discovery, conduct a full investigation of the crimes charged, prepare motions, and continue plea negotiations, the parties request that a trial date not be set at this time and that the parties be permitted to provide a further status report to the Court on or before **November 1, 2025**.

The parties further request that the time period from September 1, 2025, until November 1, 2025, be excluded from Speedy Trial Computations. A motion and draft order shall be filed separately to this effect.

Please also note that as of August 15, 2025, AUSA Alex Kalim is no longer an attorney with the U.S. Department of Justice. Accordingly, his withdrawal of appearance has been filed, and undersigned counsel for the government, Alexander Levin, is the lead attorney assigned to this matter.

The parties appreciate the Court's attention to this matter and are available to discuss any questions or concerns at the Court's convenience.

    Very truly yours,

    Kelly O. Hayes
    United States Attorney

By:    /s/_____
    Alexander Levin
    Assistant United States Attorney